**1/16/2015**
**PARKER, GARY**        Tr. Ct. No. 12-CR-2371-E(S2)              **PD-1652-14**
The Appellant's motion for extension of time within which to file the Appellant's brief
is granted.  The time for filing the Appellant's brief has been extended to January
16, 2015.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *